

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00410-CR

John **BELTRAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR7747A
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due January 6, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court